



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2025

MEMO ENDORSED

# The Rosen Law Firm

### INVESTOR COUNSEL

Joshua Baker
jbaker@rosenlegal.com

October 30, 2025

**VIA ECF**

The Honorable Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 24A
New York, NY 10007

Re:   *Pacella v. Hesai Group, et al.*, Case No. 1:24-cv-876-CM

Dear Judge McMahon:

We represent Plaintiff Alan Pacella and Movant King Ho Wong in the above-referenced action. We write to respectfully bring to the Court's attention Mr. Wong's unopposed motion for appointment as lead plaintiff in this putative securities class action. The motion was filed over two years ago, before this action was transferred to this District and then reassigned to this Court.

Mr. Wong filed his motion on June 6, 2023, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). Dkt. No. 5. His motion was unopposed after the sole competing movant withdrew. Dkt. No. 16. In February 2024, this case was transferred to this District from the Eastern District of New York. Dkt. No. 19. This case was initially assigned to Judge Reardon and then reassigned to Your Honor on February 7, 2024. Defendants' response to the initial complaint is stayed until after the filing of an amended complaint. Dkt. Entry dated Aug. 31, 2023. Discovery is also stayed pursuant to the PSLRA pending the outcome of the anticipated motion to dismiss the amended complaint. *See* Dkt. No. 18. On March 25, 2024, the Court cancelled the initial pretrial conference. Dkt. No. 26. There have been no developments in the case since then.

We appreciate that this Court has a full docket and may intend to rule on Mr. Wong's motion in due time. We write only to the extent the Court was not aware of the pending unopposed motion due to it being filed prior to the transfer and reassignment. Mr. Wong is prepared to immediately file an amended complaint should he be appointed lead plaintiff. We thank the Court for its consideration.

Respectfully submitted,

*/s/Joshua Baker*
Joshua Baker

cc:   All counsel of record (via ECF)

*[Handwritten annotations:]*

10/30/2025 Due to some administrative screw up we had NO IDEA that this case was ever assigned to me. I wish you had written a year ago! I know counsel are reluctant to bother judges, but this motion has not appeared on my list of outstanding motions - ever. Rest assured it will be decided next week.

That represents an error by the [Clerk] Court and no doubt is correctly to the transfer.

---

THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 40TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827