

# The Rosen Law Firm

INVESTOR COUNSEL



MEMO ENDORSED

Joshua Baker
jbaker@rosenlegal.com

November 10, 2025

**VIA ECF**

The Honorable Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 24A
New York, NY 10007

*Conference cancelled.*
*Colleen McMahon*
*11/10/2025*

Re:   *Pacella v. Hesai Group, et al.*, Case No. 1:24-cv-876-CM

Dear Judge McMahon:

We represent Lead Plaintiff King Ho Wong in the above-referenced action. We write pursuant to Rule I(D) of the Court's Individual Practices and Procedures to request an adjournment *sine die* of the Rule 16 conference scheduled for November 13, 2025, as this putative securities class action is still at the pleading stage. All served Defendants join in this request.[1]

Rule IV(M) of the Court's Individual Practices and Procedures provides: "In cases governed by the PSLRA there will be NO Rule 16 conference and NO filing of a case management statement until Judge McMahon directs that one be filed." This case is governed by the PSLRA. Mr. Wong has not filed a complaint in this case and intends to file an Amended Complaint as of right pursuant to Rule 15(a)(1)(B). *See* Dkt. No. 28. Defendants anticipate moving to dismiss. *See* Dkt. No. 25. Accordingly, the parties respectfully request that the Rule 16 conference be adjourned as premature in light of the PSLRA and this Court's typical practice. The Court granted the parties' prior request to adjourn the previously scheduled Initial Pretrial Conference on the same grounds. Dkt. No. 26. Adjourning the conference will not affect any other scheduled dates in this case.

Rule IV(M) of the Court's Individual Practices and Procedures also provides that in its decision on any PSLRA lead plaintiff motion, "the court will set a schedule for the filing of a consolidated amended complaint and the making of motions to dismiss." Mr. Wong is prepared to file his amended complaint promptly upon the Court entering a schedule.

Respectfully submitted,

*/s/Joshua Baker*
Joshua Baker

---

[1] Certain individual defendants located in China have not yet been served or appeared.

THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 40TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827

cc: All counsel of record (via ECF)