# The Rosen Law Firm

## INVESTOR COUNSEL

Joshua Baker
jbaker@rosenlegal.com

November 21, 2025

**VIA ECF**
The Honorable Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 24A
New York, NY 10007

   Re: *Pacella v. Hesai Group, et al.,* Case No. 1:24-cv-876-CM

Dear Judge McMahon:

  We represent Lead Plaintiff King Ho Wong in the above-referenced action. We write pursuant to the clerk's instructions to obtain written confirmation from the Court that Mr. Wong is authorized to file his amended complaint (Dkt. No. 33) as of right under Rule 15(a)(1)(b). All served Defendants agree that this one amendment as of right is permissible.[1] Additionally, in light of the upcoming holidays, the served Defendants request 45 days to respond to the amended complaint, and Lead Plaintiff does not object to this request.

  Mr. Wong attempted to file his amended complaint as a matter of course pursuant to Rule 15(a)(1)(B). No leave of court or consent from Defendants is required because this is the first amended complaint and no answer or responsive pleading to the initial complaint has been served. Fed. R. Civ. P. 15(a)(1)(B). While the Court's order appointing Mr. Wong as Lead Plaintiff pursuant to the PSLRA noted that "[s]ince the motion [for Mr. Wong's appointment as lead plaintiff] was unopposed there is no need for a consolidated amended complaint" (Dkt. No. 30, "Lead Plaintiff Order"), we respectfully submit that Mr. Wong is nonetheless entitled to file an amended complaint under Rule 15(a)(1)(B), as is standard practice for lead plaintiffs in securities class actions after conducting their own investigation of the allegations.

  The clerk issued a filing deficiency notice when Mr. Wong attempted to file his amended complaint. The clerk informed me that, in light of the Court's language in the Lead Plaintiff Order, we must obtain written confirmation that Mr. Wong's amended complaint is authorized to be filed and file such confirmation with the amended complaint. We therefore respectfully request that the Court endorse this letter and confirm that: (1) Mr. Wong is authorized to file his amended

---

[1] Certain individual defendants located in China have not yet been served or appeared. Mr. Wong will attempt to serve those defendants with the amended complaint, once filed. *See* Dkt. No. 34.

complaint pursuant to Rule 15(a)(1)(B); and (2) that the served Defendants' motion to dismiss be due 45 days thereafter.

Respectfully submitted,

*/s/Joshua Baker*
Joshua Baker

cc:    All counsel of record (via ECF)