UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ALAN PACELLA, Individually and on behalf  :
of all others similarly situated,          :
                                           :
                    Plaintiff,             :
                                           :
        - against -                        :        1:24-cv-00876-CM
                                           :
HESAI GROUP, YIFAN LI, LOUIS T.            :        **Oral Argument Requested**
HSIEH, KAI SUN, SHAOQING XIANG,            :
CAILIAN YANG, COLLEEN A. DEVRIES,          :
GOLDMAN SACHS (ASIA) L.L.C.,               :
MORGAN STANLEY ASIA LIMITED,               :
CREDIT SUISSE SECURITIES (USA) LLC,        :
HUATAI SECURITIES (USA), INC.,             :
COGENCY GLOBAL, INC.,                      :
                                           :
                    Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


## NOTICE OF DEFENDANTS'
## JOINT MOTION TO DISMISS THE AMENDED COMPLAINT


PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated

December 29, 2025, the accompanying Declaration of Michael C. Griffin, dated December 29,

2025, and the exhibits thereto; and upon all prior papers and proceedings herein, Defendants

Hesai Group, Goldman Sachs (Asia) L.L.C., Morgan Stanley Asia Limited, Credit Suisse

Securities (USA) LLC, Huatai Securities (USA), Inc., Cogency Global, Inc., and Colleen A.

DeVries, through their undersigned counsel, will move this Court before the Honorable Colleen

McMahon, United States District Judge, at the United States Courthouse, 500 Pearl Street, New

York, New York, 10007, on a date and at a time designated by the Court for an Order dismissing

the Amended Complaint (ECF No. 33) with prejudice pursuant to Federal Rules of Civil

Procedure 8(a) and 12(b)(6) and granting such other and further relief as this Court may deem

just and proper.

Dated: New York, New York
       December 29, 2025

/s/ Michael C. Griffin
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Scott D. Musoff
Robert A. Fumerton
Michael C. Griffin
One Manhattan West
New York, New York 10001
Telephone:    (212) 735-3000
Facsimile:    (212) 735-2000
scott.musoff@skadden.com
robert.fumerton@skadden.com
michael.griffin@skadden.com

*Counsel for Hesai Group, Cogency Global, Inc. and Colleen A. DeVries*

/s/ Jonathan Rosenberg
O'MELVENY & MYERS LLP
Jonathan Rosenberg
Abby F. Rudzin
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone:    (212) 326-2000
jrosenberg@omm.com
arudzin@omm.com

*Counsel for Defendants Goldman Sachs (Asia) L.L.C., Morgan Stanley Asia Limited, Credit Suisse Securities (USA) LLC, and Huatai Securities (USA), Inc.*