UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ALAN PACELLA, Individually and on behalf  :
of all others similarly situated,             :

                                :

               Plaintiff,    :

                                :

        - against -         :     1:24-cv-00876-CM

                                :

HESAI GROUP, YIFAN LI, LOUIS T.    :    **Oral Argument Requested**
HSIEH, KAI SUN, SHAOQING XIANG,  :
CAILIAN YANG, COLLEEN A. DEVRIES,  :
GOLDMAN SACHS (ASIA) L.L.C.,     :
MORGAN STANLEY ASIA LIMITED,   :
CREDIT SUISSE SECURITIES (USA) LLC,  :
HUATAI SECURITIES (USA), INC.,    :
COGENCY GLOBAL, INC.,        :

                                :

               Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF MICHAEL C. GRIFFIN
## IN SUPPORT OF DEFENDANTS'
## <u>JOINT MOTION TO DISMISS THE AMENDED COMPLAINT</u>

I, Michael C. Griffin, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.       I am a member of the bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Hesai Group ("Hesai"), Cogency Global, Inc., and Colleen A. Devries in this action.

2.       I respectfully submit this declaration in support of Defendants' Joint Motion to Dismiss the Amended Complaint, filed concurrently herewith, and to transmit true and correct copies of the following documents:

Exhibit A:    Lead Plaintiff's Amended Complaint (November 13, 2025) (ECF No. 33)

Exhibit B:    Hesai's IPO Prospectus and Registration Statement, filed on Form F-1 and Form 424B4 (February 9, 2023)

Exhibit C:    Hesai's Financial Results for Q4 2022 and the Fiscal Year Ended December 31, 2022, filed on Form 6-K (March 16, 2023)

Exhibit D:    Transcript of Hesai's Q4 2022 Earnings Call (March 16, 2023)

Exhibit E:    National Defense Authorization Act for Fiscal Year 2024 (December 22, 2023)

Exhibit F:    Department of Defense ("DoD") 2023 Memorandum on Hesai (November 2, 2023)

Exhibit G:    Hesai's Statement on the DoD's 1260H Designation of Chinese Military Companies (January 31, 2024)

Exhibit H:    Hesai's Financial Results for the Fiscal Year Ended December 31, 2023, filed on Form 6-K (March 11, 2024)

Exhibit I:    Transcript of Hesai's Q1 2024 Earnings Call (May 21, 2024)

Exhibit J:    Transcript of Hesai's Q2 2024 Earnings Call (August 19, 2024)

Exhibit K:    DoD's 1260H List of Chinese Military Companies on the Federal Register (October 24, 2024)

Exhibit L:    DoD 2024 Memorandum on Hesai (September 17, 2024)

Exhibit M:    DoD Brief, Memorandum in Support of Defendants' Cross-Motion for Summary Judgment & Opposition to Plaintiffs' Motion for Summary Judgment, *Hesai Tech. Co. v. U.S. Dep't of Def., et al.*, No. 1:24-cv-1381-PLF (D.D.C. filed Jan. 8, 2024), ECF No. 47 (January 8, 2025)

Exhibit N:    Opinion, *Hesai Tech. Co. v. U.S. Dep't of Def., et al.*, No. 1:24-cv-1381-PLF (D.D.C. filed July 11, 2025), ECF No. 60 (July 11, 2025)

Exhibit O:    Blue Orca Report on Hesai (March 18, 2025)

Exhibit P:    Hesai's Form 6-K on the Blue Orca Report (March 19, 2025)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 29, 2025, in New York, New York.

/s/ Michael C. Griffin
Michael C. Griffin