# Exhibit F



CUI
~~DRAFT~~
~~PRE-DECISIONAL~~





# Hesai Group



1

**AS OF: 2 NOVEMBER 2023**

Hesai AR 00009



CUI
DRAFT
PRE-DECISIONAL

Contents

Document Framework .................................................................................................................. 3

Entity Background ...................................................................................................................... 4

Summary Findings ...................................................................................................................... 4

Hesai is Affiliated with the MIIT via Partnerships and Projects .............................................. 5

Hesai Manufactures and Exports Automotive LiDAR Sensor Products.................................... 6

Chinese Military Company Determination ................................................................................. 6

Hesai is a Chinese Military Company Operating Both Directly and Indirectly in the United States ........... 7

Source Citations ......................................................................................................................... 8

**AS OF: 2 NOVEMBER 2023**

Hesai AR 00010



CUI
~~DRAFT~~
~~PRE-DECISIONAL~~

## Document Framework

The Secretary of Defense is statutorily required to identify entities that are Chinese military companies and that are operating directly or indirectly in the United States or any of its territories and possessions.[1] A Chinese military company is an entity that is either (1) directly or indirectly owned, controlled, or beneficially owned by, or in an official or unofficial capacity acting as an agent of or on behalf of, the People's Liberation Army or any other organization subordinate to the Central Military Commission of the Chinese Communist Party or (2) identified as a military-civil fusion contributor to the Chinese defense industrial base.[2] In addition to its ownership or military-civil fusion contributor status, the entity must be engaged in providing commercial services, manufacturing, producing, or exporting.[3]

This report analyzes and documents the ownership or military-civil fusion contributor status of the profiled entity; whether the profiled entity is engaged in providing commercial services, manufacturing, producing, or exporting; and whether the profiled entity operates directly or indirectly in the United States. While each of the factors and subfactors set forth in Pub. L. No. 116-283, Section 1260H were examined, this report only addresses the statutory provisions that apply to the profiled entity.

**AS OF: 2 NOVEMBER 2023**

Hesai AR 00011



CUI
~~DRAFT~~
~~PRE-DECISIONAL~~

**Entity Background**



**Hesai Group (Hesai)**

禾赛科技集团

**Nasdaq: HSAI**

**www.hesaitech.com**

**Shanghai, China**

**Business Summary:**

Hesai Group (Hesai) develops, manufactures, and sells three-dimensional Light Detection and Ranging (LiDAR) solutions. Hesai's LiDAR products enable a broad spectrum of applications across passenger or commercial vehicles, such as Advanced Driver Assistance Systems (ADAS) autonomous vehicle fleets that provide passenger and freight mobility services or autonomous mobility. Its LiDAR products are also used in robotics, including last-mile delivery robots, street sweeping robots, and logistics robots in restricted areas. It organized its operations into two segments: the LiDAR segment and the gas sensing and detection segment. Hesai is also known as Hesai Technology Co., Ltd. and is incorporated in the Cayman Islands.[4]

**Also/Previously Known As:**

- Hesai Technology[5]

**Summary Findings**

Hesai is a military-civil fusion contributor to the Chinese defense industrial base through its affiliation with the Chinese Ministry of Industry and Information Technology (MIIT). It is engaged in providing commercial services, manufacturing, producing, or exporting because it manufactures and exports automotive three-dimensional LiDAR devices for using in vehicle fleets and autonomous robotics. Based on the foregoing, the Secretary of Defense determines that Hesai is a Chinese military company pursuant to Pub. L. No. 116-283, § 1260H.[6]

**4**

**AS OF: 2 NOVEMBER 2023**



CUI
DRAFT
PRE-DECISIONAL

As a Chinese military company, Hesai operates both directly and indirectly in the United States through its 100% ownership of a U.S.-based subsidiary, its establishment of a U.S. office, its listing on a U.S. stock exchange, and its exports to U.S. companies.[7]

### Hesai is Affiliated with the MIIT via Partnerships and Projects

Hesai is a military-civil fusion contributor to the Chinese defense industrial base [Pub. L. No. 116-283, § 1260H(d)(1)(B)(i)(II)] due to its affiliation with the Chinese MIIT, including research partnerships and projects [Pub. L. No. 116-283, § 1260H(d)(2)(B)].

- In its prospectus for its Initial Public Offering on the Shanghai Stock Exchange, Hesai Technology Co., Ltd., a wholly owned subsidiary of Hesai,[8] identified the following four programs and projects on which it is working that are administered under the Chinese MIIT. These programs and projects demonstrate that Hesai is affiliated with the Chinese MIIT through its subsidiary.[9]
  - The Internet of Vehicles (Intelligence Connected Automobiles) Industry Development Action Plan (车联网（智能 网联汽车）产业 发展行动计划)
  - The Medium- and Long-Term Development Plan for the Automobile Industry (汽车产业中 长期发展规划)
  - The Three-Year Action Guide for the Smart Sensor Industry (2017-2019) (智能传感器产业三年行动指南（2017-2019 年）)
  - The Action Plan to Accelerate the Development of Sensors and Intelligent Instruments (加快推进传感器及智能化仪器仪表产业发展行动计划)
- Hesai Technology Co., Ltd. acts as part of the National Automotive Standardization Technical Committee, an industry partnership intended to promote standardization in China's automotive industry. The Chinese MIIT established and oversees the National Automotive Standardization Technical Committee. Therefore, Hesai is affiliated with the Chinese MIIT via its subsidiary.[10]
  - Hesai Technology Co., Ltd. participated in the 6th International Exchange Conference on Intelligent Connected Vehicle Technology, Standards and Regulations (联汽车技术及标准法规国际交流会), organized under the Medium-

**5**                                                   **AS OF: 2 NOVEMBER 2023**



CUI
~~DRAFT~~
~~PRE-DECISIONAL~~

and Long-Term Development Plan for the Automobile Industry and the Internet of Vehicles (Intelligence Connected Automobiles) Industry Development Action Plan, which demonstrates that Hesai is affiliated with MIIT via an industry partnership.[11]

- o Hesai Technology Co., Ltd. was one of the main drafting organizations of a standard titled "Automotive LiDAR performance requirements and test methods" (车载激光雷达性能要求及试验方法), under the jurisdiction of the National Automotive Standardization Technical Committee.[12]

- Hesai Technology Co., Ltd. applied for and received the Radio Transmitting Equipment Model Approval (线电发射设备型号核准) administrative license from the Chinese MIIT.[13]

### Hesai Manufactures and Exports Automotive LiDAR Sensor Products

Hesai is engaged in providing commercial services, manufacturing, producing, or exporting [Pub. L. No. 116-283, § 1260H(d)(1)(B)(ii)].

- Hesai specializes in manufacturing LiDAR sensor products for automobiles.[14]
- Hesai supplies LiDAR sensors for use in commercial vehicles to the following companies:[15]
  - o Cruise LLC, a subsidiary of General Motors, headquartered in San Francisco, CA[16]
  - o Aurora Innovation, Inc. (Nasdaq: AUR, headquartered in Pittsburgh, PA)[17]
  - o Motional, Inc., a joint venture between Aptiv and Hyundai, with offices in the U.S., Europe, Singapore, and Seoul, South Korea[18, 19]

### Chinese Military Company Determination

Hesai is a military-civil fusion contributor to the Chinese defense industrial base through its affiliation with the Chinese MIIT. It is engaged in providing commercial services, manufacturing, producing, or exporting because it manufactures and exports automotive three-dimensional LiDAR devices. Based on the foregoing, the Secretary of Defense determines that Hesai is a Chinese military company pursuant to Pub. L. No. 116-283, § 1260H.[20]

**6**                                                               **AS OF: 2 NOVEMBER 2023**



CUI
~~DRAFT~~
~~PRE-DECISIONAL~~

- China's Ministry of Industry and Information Technology (MIIT) is the government body in charge of the 'Little Giants' program.[21] MIIT has announced that officially recognized companies in the 'Little Giants' program would be guaranteed subsidies, tax cuts and other grants.[22]
  - Hesai was included in Batch 4 of 'Little Giants' announced in August 2022.[23]

## Hesai is a Chinese Military Company Operating Both Directly and Indirectly in the United States

Hesai operates both directly and indirectly in the United States [Pub. L. No. 116-283, § 1260H(a)] through its ownership of a U.S.-based subsidiary, its establishment of a U.S. office, its listing on a U.S. stock exchange, and its exports to U.S. companies.

- Hesai acquired Oxigraf, which is headquartered in Sunnyvale, CA, for $2 million in March 2019.[24] Oxigraf manufactures and sells laser diode oxygen analyzers and oxygen sensors in the United States and globally.
- Hesai established an office in Palo Alto, CA.[25]
- Hesai is listed on the U.S. NASDAQ stock exchange (Nasdaq: HSAI).[26]
- Hesai sells automotive LiDAR sensor products[27] to U.S.-headquartered companies Cruise LLC (San Francisco, CA)[28] and Aurora Innovation, Inc. (Pittsburgh, PA).[29]
- Motional, Inc., a joint venture between Aptiv and Hyundai, operates and maintains offices in the U.S., Europe, Singapore, and Seoul, South Korea.[30, 31]

**AS OF: 2 NOVEMBER 2023**

Hesai AR 00015



CUI

~~DRAFT~~

~~PRE-DECISIONAL~~

## Source Citations

[1] Pub. L. No. 116-283, § 1260H(a)

[2] Pub. L. No. 116-283, Section 1260H(d)(1)(B)(i)

[3] Pub. L. No. 116-283, Section 1260H(d)(1)(B)(ii)

[4] Pitchbook; *Hesai Technology (NAS: HSAI);* https://my.pitchbook.com/profile/125781-31/company/profile#overview; Accessed 26 October 2023

[5] Hesai Website; *About Us;* https://www.hesaitech.com/about/; Accessed 26 October 2023

[6] *See* TAB B for the full text of Pub. L. No. 116-283, § 1260H

[7] *See* TAB B for the full text of Pub. L. No. 116-283, § 1260H

[8] *See* page 79 of Hesai's SEC Form F-1: Hesai (via SEC Website); Securities and Exchange Commission Form F-1 for Hesai Group; https://www.sec.gov/Archives/edgar/data/1861737/000110465923009861/tm2120356-22_f1a.htm; 2 February 2023; Accessed 26 October 2023

[9] Hesai Technology Co., Ltd.; *Prospectus for Initial Public Offering of Stock and Listing on the Science and Technology Innovation Board (开发行股票并在科创板上市招股说明书);* https://pdf.dfcfw.com/pdf/H2_AN202101071448531255_1.pdf; 31 December 2020; Accessed 26 October 2023

[10] National Public Service Platform for Standards Information Website; *TC114 National Automotive Standardization Technical Committee (TC114 车标准化技术委员会);* https://std.samr.gov.cn/search/orgDetailView?tcCode=TC114; Accessed 26 October 2023

[11] National Technical Committee of Auto Standardization Website; T*he 6th International Exchange Conference on Intelligent Connected Vehicle Technology, Standards and Regulations (ICV 2020) Series of Events and Exchange Meetings (联汽车技术及标准法规国际交流会（ICV 2020 动交流会）;* http://www.catarc.org.cn/wl_yantaohui_icvhuigu_show/2234.html; 25 May 2021; Accessed 26 October 2023

[12] National Public Service Platform for Standards Information Website; Automotive LiDAR performance requirements and test methods *(车载激光雷达性能要求及试验方法);* https://std.samr.gov.cn/gb/search/gbDetailed?id=F77AFB62AF52406CE05397BE0A0A57C1; Accessed 26 October 2023

[13] Hesai Technology Co., Ltd.; *Prospectus for Initial Public Offering of Stock and Listing on the Science and Technology Innovation Board (开发行股票并在科创板上市招股说明书);* https://pdf.dfcfw.com/pdf/H2_AN202101071448531255_1.pdf; 31 December 2020; Accessed 26 October 2023

[14] Pitchbook; *Hesai Technology (NAS: HSAI);* https://my.pitchbook.com/profile/125781-31/company/profile#overview; Accessed 26 October 2023

[15] Hesai Website; *Hesai Ranks No. 1 in Global Automotive Lidar for the 2nd Year in a Row;* https://www.hesaitech.com/hesai-ranks-no-1-in-global-automotive-lidar-for-the-2nd-year-in-a-row/; 25 July 2023; Accessed 26 October 2023

**8**

Hesai AR 00016



CUI
~~DRAFT~~
~~PRE-DECISIONAL~~

[16] S&P Capital IQ; *Cruise LLC Private Company Profile;* https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=275174904&fromSearchProfiles=True; Accessed 26 October 2023

[17] S&P Capital IQ; *Aurora Innovation, Inc. (NasdaqGS:AUR) Public Company Profile;* https://www.capitaliq.com/CIQDotNet/company.aspx?fromSearchProfiles=True&companyId=424226705; Accessed 26 October 2023

[18] Motional, Inc. Website; *Our Offices;* https://motional.com/our-offices; Accessed 26 October 2023

[19] Motional Inc. Website; *Who We Are;* https://motional.com/who-we-are; Accessed 26 October 2023

[20] *See* TAB B for the full text of Pub. L. No. 116-283, § 1260H

[21] Bloomberg article summarizing "Little Giant" program*; China's 'Little Giants' Are Its Latest Weapon in the U.S. Tech Wa*r; https://www.bloomberg.com/news/articles/2022-01-23/china-us-xi-jinping-backs-new-generation-of-startups-in-tech-war; 23 January 2022; Accessed 31 October 2023

[22] Ibid

[23] See MITT "Little Ginats" announcement in table, number 103; https://web.archive.org/web/20221004032711/http://www.cinn.cn/zt/jjjzgzzzjtx/202208/t20220809_259738.shtml; Released 10 August 2022; Accessed (through archive) on 31 October 2023

[24] PitchBook; *Oxigraf;* https://my.pitchbook.com/profile/519839-56/company/profile#deal-history; Accessed 26 October 2023

[25] Hesai Website; *About Us;* https://www.hesaitech.com/about/; Accessed 26 October 2023

[26] Pitchbook; *Hesai Technology (NAS: HSAI);* https://my.pitchbook.com/profile/125781-31/company/profile#overview; Accessed 26 October 2023

[27] Hesai Website; *Hesai Ranks No. 1 in Global Automotive Lidar for the 2nd Year in a Row;* https://www.hesaitech.com/hesai-ranks-no-1-in-global-automotive-lidar-for-the-2nd-year-in-a-row/; 25 July 2023; Accessed 26 October 2023

[28] S&P Capital IQ; *Cruise LLC Private Company Profile;* https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=275174904&fromSearchProfiles=True; Accessed 26 October 2023

[29] S&P Capital IQ; *Aurora Innovation, Inc. (NasdaqGS:AUR) Public Company Profile;* https://www.capitaliq.com/CIQDotNet/company.aspx?fromSearchProfiles=True&companyId=424226705; Accessed 26 October 2023

[30] Motional, Inc. Website; *Our Offices;* https://motional.com/our-offices; Accessed 26 October 2023

[31] Motional Inc. Website; *Who We Are;* https://motional.com/who-we-are; Accessed 26 October 2023

**9**                                                                    **AS OF: 2 NOVEMBER 2023**