# Exhibit G

# HESAI

## Hesai Group Statement on the U.S. Department of Defense "Chinese Military Companies" List

February 1, 2024

PALO ALTO, Calif., Jan. 31, 2024 /PRNewswire/ -- We are deeply disappointed to learn that Hesai has been added to the U.S. Department of Defense's list of "Chinese Military Companies." We believe this inclusion is unjust, capricious, and meritless.

Hesai lidars are for civilian use only. We do not sell our products to any military in any country, nor do we have ties of any kind to any military in any country. Hesai is a publicly traded, privately owned company (Nasdaq: HSAI) with an independent corporate governance structure.

Our lidars have never been designed or validated to military specifications. All Hesai's lidar products are classified as EAR99 by the Bureau of Industry and Security of the U.S. Department of Commerce, which indicates that the products are not suitable for any military application.

While we believe our addition to this list is unjust and was made in error, we do not expect it will cause any significant disruption to our business. The list only prevents the U.S. Department of Defense from purchasing products from included entities. To the best of our knowledge, Hesai has not sold any products to the U.S. Department of Defense or any other military parties in the past, nor will we do so in the future.

Our inclusion on this list follows almost a one-year media smear campaign based on unsubstantiated, baseless and false allegations (it has been alleged that Hesai is owned and controlled by the Chinese military, may be helping China spy on Americans and Hesai poses a national security threat to the U.S.), followed by an intensive lobbying effort on Capitol Hill against us orchestrated by lidar competitors seeking to leverage anti-China sentiment in the U.S. The technological superiority and quality of our products have made us a target by our competitors who are failing to deliver any products suitable for the automotive market. Our competitors that are years behind in product development are desperate and have resorted to political lobbying in attempt to block critical and lifesaving lidar products that will enhance road safety. Our products are preferred and trusted by leading OEMs, manufacturers, autonomous driving companies, and robotics companies in over 40 countries. We remain undaunted in our commitment to developing market leading lidar technologies that reduce accidents, save lives, and make global transportation safer for everyone.

### About Hesai Technology
Hesai Technology (Nasdaq: HSAI) is a global leader in lidar solutions. The company's lidar products enable a broad spectrum of applications, including passenger and commercial vehicles with Advanced Driver Assistance Systems (ADAS), autonomous driving vehicles, and robotic applications such as last-mile delivery robots and AGVs. Hesai seamlessly integrates its in-house manufacturing process with lidar R&D and design, enabling rapid product iteration while ensuring high performance, high quality, and affordability. The company has superior R&D capabilities across optics, mechanics, electronics, and software. Hesai has established offices in Shanghai, Palo Alto, and Stuttgart, with customers spanning over 40 countries.

C View original content:https://www.prnewswire.com/news-releases/hesai-group-statement-on-the-us-department-of-defense-chinese-military-companies-list-302050140.html

SOURCE Hesai Group

Hesai Group, Jason Wallace, Vice President of Global Marketing, Email: jason.wallace@hesaitech.com