# Exhibit K

## DEPARTMENT OF DEFENSE

### Office of the Secretary

### Notice of Removal of Designated Chinese Military Companies and Notice of Designation of Chinese Military Company; Supplemental Notice

**AGENCY:** Office of the Under Secretary of Defense (Acquisition and Sustainment), Department of Defense (DoD).

**ACTION:** Notice of removal of a company from the 2023 Section 1260H List of Chinese Military Companies Operating in the United States and notice of designation of Chinese Military Company; supplemental notice.

**SUMMARY:** On Wednesday, October 23, 2024, the DoD published two notices entitled "Notice of Removal of Designated Chinese Military Companies" and "Notice of Designation of Chinese Military Company." The notices were inadvertently published in the wrong order. Please see the **SUPPLEMENTARY INFORMATION** section for details.

**DATES:** This correction is effective October 29, 2024.

**FOR FURTHER INFORMATION CONTACT:** Patricia Toppings, 571–372–0485.

**SUPPLEMENTARY INFORMATION:** On Wednesday, October 23, 2024, the DoD published two notices entitled "Notice of Removal of Designated Chinese Military Companies" and "Notice of Designation of Chinese Military Company."

The notice titled "Notice of Designation of Chinese Military Company" appeared at 89 FR 84547–84548. The notice titled "Notice of Removal of Designated Chinese Military Companies" appeared at 89 FR 84555.

On Wednesday, October 23, 2024, the DoD published two notices entitled "Notice of Removal of Designated Chinese Military Companies" and "Notice of Designation of Chinese Military Company." The notices were inadvertently published in the wrong order. The notice titled "Notice of Removal of Designated Chinese Military Companies" should have published in the **Federal Register** before the notice titled "Notice of Designation of Chinese Military Company," to publicly reflect that Hesai Technology Co., Ltd. (Hesai), the designated company, was removed from the Chinese Military Companies list on the basis of the original listing

record and then added to the list on a new record based on the latest information available. This supplemental notice is necessary to clearly identify that Hesai is currently included on the Chinese Military Companies list. The Department is reprinting both notices in the correct order.

Dated: October 24, 2024.

**Aaron T. Siegel,**
*Alternate OSD Federal Register Liaison Officer, Department of Defense.*
[FR Doc. 2024–25167 Filed 10–28–24; 8:45 am]
**BILLING CODE 6001–FR–P**

## DEPARTMENT OF DEFENSE

### Office of the Secretary

### Notice of Removal of Designated Chinese Military Companies

**AGENCY:** Office of the Under Secretary of Defense (Acquisition and Sustainment), Department of Defense.

**ACTION:** Notice of removal of a company from the 2023 Section 1260H List of Chinese Military Companies Operating in the United States.

**SUMMARY:** The Deputy Secretary of Defense has decided to delist the entity listed in the **SUPPLEMENTARY INFORMATION** section of this notice from the list of "Chinese military companies" in accordance with the William M. (Mac) Thornberry National Defense Authorization Act for Fiscal Year 2021, without prejudice to relisting the company on additional or supplementary grounds.

**FOR FURTHER INFORMATION CONTACT:** Mr. Devante Brown (GIES), (703) 695–8545.

**SUPPLEMENTARY INFORMATION:** Section 1260H of the William M. (Mac) Thornberry National Defense Authorization Act for Fiscal Year 2021 (Pub. L. 116–283) requires the Secretary of Defense to list "Chinese military companies" that meet the statutory criteria annually until December 31, 2030. Paragraph (b)(2) of this section requires the Secretary of Defense to publish the unclassified portion of such list in the **Federal Register**.

The Deputy Secretary of Defense has decided to delist the following entity from the list of "Chinese military companies" in accordance with section 1260H, without prejudice to relisting the entity on additional or supplementary grounds:

Hesai Technology Co., Ltd. (Hesai)

Dated: October 24, 2024.

**Aaron T. Siegel,**
*Alternate OSD Federal Register Liaison Officer, Department of Defense.*
[FR Doc. 2024–25168 Filed 10–28–24; 8:45 am]
**BILLING CODE 6001–FR–P**

## DEPARTMENT OF DEFENSE

### Office of the Secretary

### Notice of Designation of Chinese Military Company

**AGENCY:** Office of the Under Secretary of Defense (Acquisition and Sustainment), Department of Defense.

**ACTION:** Notice of addition of a company to the Section 1260H List of Chinese Military Companies Operating in the United States.

**SUMMARY:** The Deputy Secretary of Defense has determined that the entity listed in the **SUPPLEMENTARY INFORMATION** section of this notice qualifies as a "Chinese military company" in accordance with the William M. (Mac) Thornberry National Defense Authorization Act for Fiscal Year 2021.

**FOR FURTHER INFORMATION CONTACT:** Mr. Devante Brown (GIES), (703) 695–8545.

**SUPPLEMENTARY INFORMATION:** Section 1260H of the William M. (Mac) Thornberry National Defense Authorization Act for Fiscal Year 2021 (Pub. L. 116–283) requires the Secretary of Defense to make additions or deletions to the most recent list of "Chinese military companies" on an ongoing basis based on the latest information. Paragraph (b)(2) of this section requires the Secretary of Defense to publish the unclassified portion of such list in the **Federal Register**.

The Deputy Secretary of Defense has determined that the following entity qualifies as a "Chinese military company" in accordance with section 1260H:

Hesai Technology Co., Ltd. (Hesai)

Dated: October 24, 2024.

**Aaron T. Siegel,**
*Alternate OSD Federal Register Liaison Officer, Department of Defense.*
[FR Doc. 2024–25169 Filed 10–28–24; 8:45 am]
**BILLING CODE 6001–FR–P**