# Exhibit L

CUI

~~DRAFT~~

~~Predecisional and Deliberative — Privileged from Disclosure~~



# Hesai Group



**AS OF: 17 SEP 2024**

Hesai ND AR 00006



CUI
~~DRAFT~~
~~**Predecisional and Deliberative — Privileged from Disclosure**~~

Contents

Document Framework ............................................................................................................ 3

Entity Background ................................................................................................................ 4

Summary Findings ................................................................................................................ 5

Contributions to the Chinese Defense Industrial Base ........................................................ 6

Hesai Group Knowingly Receives Assistance from the Government of China ..................... 6

Hesai Group is Affiliated with MIIT through "Little Giant" Designation, Research Projects, and Certificates ......................................................................................................................... 8

Hesai Group Resides in or is Affiliated with Military-Civil Fusion Enterprise Zones ........... 10

Hesai Group's Products are Advertised on Military Equipment Procurement Platforms ....... 11

Hesai Group Manufactures and Exports Automotive LiDAR Sensor Products .................... 12

Chinese Military Company Determination .......................................................................... 12

Hesai Group is a Chinese Military Company Operating Directly in the United States ......... 13

Source Citations ................................................................................................................ 14

~~**Predecisional and Deliberative — Privileged from Disclosure**~~
**AS OF: 17 SEP 2024**

Hesai ND AR 00007



CUI
DRAFT
**Predecisional and Deliberative — Privileged from Disclosure**

## Document Framework

The Secretary of Defense is statutorily required to identify entities that are Chinese military companies and that are operating directly or indirectly in the United States or any of its territories and possessions.[1] A Chinese military company is an entity that is (1) directly or indirectly owned, controlled, or beneficially owned by, or in an official or unofficial capacity acting as an agent of or on behalf of, the People's Liberation Army (PLA) or any other organization subordinate to the Central Military Commission (CMC) of the Chinese Communist Party (CCP) (ownership status) or (2) identified as a military-civil fusion contributor to the Chinese defense industrial base (military-civil fusion contributor status); and that is engaged in providing commercial services, manufacturing, producing, or exporting.[2]

This report analyzes and documents the basis for concluding that the profiled entity meets the statutory criteria, relying on the latest information available.[3]

**Predecisional and Deliberative — Privileged from Disclosure**
**AS OF: 17 SEP 2024**

Hesai ND AR 00008



CUI
~~DRAFT~~
~~Predecisional and Deliberative — Privileged from Disclosure~~

**Entity Background**

**Hesai Group**

禾赛科技集团

**NASDAQ: HSAI**

**www.hesaitech.com**

**Shanghai, China**



**Business Summary:**

Hesai Group develops, manufactures, and sells three-dimensional (3D) Light Detection and Ranging (LiDAR) solutions. Hesai Group's operations are organized into two segments: LiDAR and gas sensing. Hesai Group's LiDAR products enable a broad spectrum of applications across passenger and commercial vehicles, such as Advanced Driver Assistance Systems (ADAS) autonomous vehicle fleets that provide passenger and freight mobility services or autonomous mobility. Hesai Group's LiDAR products also have military applications and are used in robotics, including last-mile delivery robots, street sweeping robots, and logistics robots in restricted areas.[4]

**Business History:**

Founded in October 2014, Hesai Photonics Technology Co., Ltd., which has also been known as Hesai Technology Co., Ltd. and Shanghai Hesai, was headquartered in China. In October 2017, Shanghai Hesai established HESAI INC., a U.S.-based subsidiary that serves as its United States sales platform. In April 2021, Shanghai Hesai established Hesai Group, a Cayman Island-based holding company, to facilitate offshore financing. Shortly following its incorporation, Hesai Group reorganized the corporate structure, establishing Hesai Hong Kong Limited as a wholly owned Hong Kong-based subsidiary with direct control of Shanghai Hesai. In February 2023, Hesai Group was listed on the Nasdaq stock exchange under the symbol HSAI.[5] This report will refer to the company as Hesai Group.

~~Predecisional and Deliberative — Privileged from Disclosure~~

**AS OF: 17 SEP 2024**

Hesai ND AR 00009



CUI
~~DRAFT~~
~~Predecisional and Deliberative — Privileged from Disclosure~~

**Also/Previously Known As:**

- Hesai Technology Co., Ltd.[6]

- Hesai Technology[7]

- Hesai Photonics Technology Co., Ltd.[8]

- Shanghai Hesai[9]

### Additional Information Presented to the Department by Hesai Group

Following its inclusion on the 2023 Section 1260H List, Hesai Group provided information for the Department's consideration in a March 8, 2024 request for reconsideration and in a Motion for Summary Judgment filed in in the lawsuit Hesai initiated in the United States District Court for the District of Columbia.[10]  The Department considered this information during its analysis.

### Summary Findings

Hesai Group is a military-civil fusion contributor to the Chinese defense industrial base because (1) it receives assistance from the Government of China through science and technology efforts initiated under the Chinese military industrial planning apparatus; (2) it is affiliated with the Ministry of Industry and Information Technology[1] (MIIT) through research partnerships and projects; (3) it resides in or is affiliated with military-civil fusion enterprise zones; and (4) its products are advertised on a nongovernmental military equipment procurement platform. Hesai Group provides commercial services, manufacturing, producing, or exporting by manufacturing and exporting autonomous robotics and automotive 3D LiDAR devices for use in vehicle fleets. This information thus provides a reasonable basis for the Secretary of Defense (or the Deputy Secretary of Defense, acting as his designee) to determine that Hesai Group is a Chinese military company pursuant to Pub. L. No. 116-283, § 1260H.[11]

---

[1] MIIT oversees China's industrial planning, policies, and standards to promote the development of communications technology and innovation and to safeguard the country's information security. MIIT was established in 2008 as a department under the State Council. China's State Council is the country's chief administrative authority and is also known as the Central People's Government. The State Council is responsible for executing laws, supervising the government bureaucracy, and carrying out the administrative functions of the Chinese government.

~~Predecisional and Deliberative — Privileged from Disclosure~~

**AS OF: 17 SEP 2024**

Hesai ND AR 00010



CUI
DRAFT
**Predecisional and Deliberative — Privileged from Disclosure**

As a Chinese military company, Hesai Group operates indirectly in the United States through a U.S.-based subsidiary and operates directly in the United States through a U.S.-based office, a listing on a U.S. stock exchange, and partnerships with U.S.-based companies.[12]

## Contributions to the Chinese Defense Industrial Base

Hesai Group develops LiDAR products that enable applications across passenger and commercial vehicles and that are used in robotics.[13]  LiDAR, including Hesai Group's products, is recognized as a dual-use technology with substantial applications in the civilian and military sectors.[14] In the military sphere, LiDAR improves navigation, situational awareness, targeting systems, and surveillance capabilities, making it a valuable asset for the Chinese military.[15] LiDAR's dual-use nature aligns with China's policy of military-civil fusion, which is aimed at modernizing its defense capabilities.[16]  For example, the PLA uses LiDAR in its development of autonomous vehicles, which can have military applications.[17]  Thus, Hesai Group contributes to the Chinese defense industrial base through its development of LiDAR products which are used in military equipment.

## Hesai Group Knowingly Receives Assistance from the Government of the People's Republic of China

Hesai Group is a military-civil fusion contributor to the Chinese defense industrial base [Pub. L. No. 116-283, § 1260H(d)(1)(B)(i)(II)] because it knowingly receives assistance from the Government of the People's Republic of China through science and technology efforts initiated under the Chinese military industrial planning apparatus. [Pub. L. No. 116-283, § 1260H(d)(2)(A)].

- Between 2017 and 2021, Hesai Group received over RMB 77 million in subsidies from the Chinese government, such as a Shanghai Commission of Commerce Fair Trade Project Subsidy, and an Intellectual Property Patent Subsidy.[18]
- Hesai Group has worked on two national-level projects related to the defense industrial base that were supported by the Chinese government:
  - Hesai Group worked on the first project, a low-cost, high-speed LiDAR signal-processing module project for the National Development and Reform Commission

**Predecisional and Deliberative — Privileged from Disclosure**

**AS OF: 17 SEP 2024**

Hesai ND AR 00011



CUI
DRAFT
Predecisional and Deliberative — Privileged from Disclosure

(NDRC) and the Shanghai Development and Reform Commission from November 2017 to June 2020.[19]

- In its 2020 Intelligent Vehicle Innovation and Development Strategy, the NDRC called for developing autonomous driving systems for the country's national defense and military industries and for the military and civilian sectors to jointly tackle key problems.[20]

- According to the NDRC's report on implementing the 2023 plan for National Economic and Social Development and the 2024 draft plan for National Economic and Social Development for the second session of the 14th National People's Congress of the People's Republic of China, the NDRC will improve the system of defense-related science, technology, and industry efforts and strengthen related capacity building.[21] NDRC also indicated that it actively supports defense and military modernization; enhances military civilian coordination on major infrastructure construction; and consolidates and enhances the integration of national strategies and strategic capabilities.[22]

o Hesai Group worked on the second project, an autonomous driving mechanical rotating and solid-state multi-line LiDAR project for the China Ministry of Science and Technology (MST) (also known as MOST) from May 2018 to February 2021.[23]

- In 2017, the MST issued guidelines on the development of Chinese military-civil fusion in science and technology. Under the guidelines, the MST can implement key special projects related to military-civil fusion in science and technology.[24]

- According to its website, MST endeavors to promote military-civilian integration, improve the national research and development (R&D) system, facilitate the reform and development of research institutes, enhance the innovation capabilities of enterprises, and develop the consulting system for major national science and technology decision-making.[25] Additionally, MST works with other government departments to advance policy recommendations for optimizing the allocation of science and technology (S&T) resources; building a diversified system for S&T investment; and coordinating, managing, and overseeing the implementation of S&T programs (projects and funds) financed by the central government.[26]

Predecisional and Deliberative — Privileged from Disclosure
AS OF: 17 SEP 2024

Hesai ND AR 00012



CUI
~~DRAFT~~
~~Predecisional and Deliberative — Privileged from Disclosure~~

- In its 2023 SEC Form F-1 Registration Statement, under the "*Risks Related to Doing Business in China*" section, Hesai Group states that "the PRC government has significant oversight and discretion over our business operation, and it may influence or intervene in our operations at any time as part of its efforts to enforce PRC law."[27]  As a result, the PRC Government could assist the Hesai Group make decisions or provide guidance, which would help the company achieve its operational goals.

## Hesai Group is Affiliated with MIIT through "Little Giant" Designation, Research Projects, and Certificates

Hesai Group is a military-civil fusion contributor to the Chinese defense industrial base [Pub. L. No. 116-283, § 1260H(d)(1)(B)(i)(II)] because it is affiliated with the MIIT.  Hesai Group has: (1) been identified as a "Little Giant" company by MIIT; (2) participated in research partnerships and research projects with MIIT; (3) acted as part of the National Automotive Standardization Technical Committee; and (4) received certificates from MIIT. [Pub. L. No. 116-283, § 1260H(d)(2)(B)].

- Hesai Group was included in Batch 4 of the "Little Giants" program, announced by the Shanghai Municipal Economic and Informatization Commission in August 2022.[28]
  - The MIIT is the governmental body in charge of the "Little Giants" program.[29] The MIIT has announced that officially recognized companies in the "Little Giants" program are guaranteed subsidies, tax cuts, and other grants.[30] The Shanghai Municipal Economic and Informatization Commission is a provincial-level functional agency of the MIIT.[31]
  - In 2019, the Shanghai Economic and Informatization Commission selected Hesai Group as a Shanghai "Specialized, Refined, and Innovative" Medium-Small Enterprise and a "Made in China Hidden Champion."[32] In 2020, as part of the "Little Giant" program, Hesai Group received a RMB 300,000 reward from the MIIT.[33]
- Since 2018, Hesai Group has worked with Tsinghua University on the National Key Research and Development Program project titled "Key Technologies and Applications of Intelligent Vehicle Environmental Perception."[34] The MIIT and the MST's 13th Five-Year Plan Special Project support the project.[35]

**8**

~~Predecisional and Deliberative — Privileged from Disclosure~~

AS OF: 17 SEP 2024

CUI
~~DRAFT~~
~~Predecisional and Deliberative — Privileged from Disclosure~~



- o   The project was used at the 2022 Beijing Olympics and won the 2023 Society of Automotive Engineer's (SAE)-China Science and Technology Award.[36]

- o   SAE-China is part of the China Association for Science and Technology (CAST).[37] CAST is funded by the CCP and is "the bridge and link between the CCP and science and technology (S&T) workers and is an important force for the country to promote the development of S&T and to build China into a world S&T powerhouse."[38]

- o   Tsinghua University is considered China's leading university in science and technology.  It engages in a range of military research, operates eight major national defense laboratories, and is linked to espionage or misconduct on behalf of the Chinese government worldwide.[39]

- In 2021, Hesai Group and Datang Mobile Communication Equipment Co., Ltd. performed in-depth testing at the Shanghai Jiading Intelligent Connected Vehicle Demonstration Zone on a vehicle-road collaboration "intersection blind spot detection" scenario and achieved important results in improving the accuracy of laser radar scanning.[40]

  - o   The MIIT, as well as the NDRC, the Standardization Administration of China, the Ministry of Public Security, and the Ministry of Transport have issued policies to promote road testing of intelligent connected vehicles in demonstration areas.[41] As a part of this effort, the Electronic Information Department of MIIT provided key support to the National Intelligent Connected Vehicle (Shanghai) Pilot Demonstration Zone to encourage enterprises to strengthen the technical research and development as well as the promotion and use of automotive electronic products.[42] In 2016, the first closed testing area of the "National Intelligent Connected Vehicle (Shanghai) Pilot Demonstration Zone" approved by MIIT was officially put into operation in the Jiading Shanghai International Automobile City to carry out intelligent connected vehicle testing and verification and smart transportation demonstrations.[43]  It is in this MIIT-approved Zone that Hesai tested its above-referenced technology.

- Hesai Technology Co., Ltd. acts as part of the National Automotive Standardization Technical Committee, an industry partnership intended to promote standardization in China's automotive industry. The Chinese MIIT established and oversees the National

~~Predecisional and Deliberative — Privileged from Disclosure~~

**AS OF: 17 SEP 2024**

Hesai ND AR 00014



CUI
DRAFT
**Predecisional and Deliberative — Privileged from Disclosure**

Automotive Standardization Technical Committee. Therefore, Hesai is affiliated with the Chinese MIIT via its subsidiary.[44]

- o Hesai Technology Co., Ltd. participated in the 6th International Exchange Conference on Intelligent Connected Vehicle Technology, Standards and Regulations (联汽车技术及标准法规国际交流会), organized under the Medium- and Long-Term Development Plan for the Automobile Industry and the Internet of Vehicles (Intelligence Connected Automobiles) Industry Development Action Plan, which demonstrates that Hesai is affiliated with MIIT via an industry partnership.[45]

- Hesai Technology Co., Ltd. was one of the main drafting organizations of a standard titled "Automotive LiDAR performance requirements and test methods" (车载激光雷达性能要求及试验方法), under the jurisdiction of the National Automotive Standardization Technical Committee.[46]

- Hesai received a Radio Transmitter Equipment-Type Approval Certificate from MIIT (certificate number 2020-13617) that was valid from October 2014 until June 2024.[47]

**Hesai Group Resides in or is Affiliated with Military-Civil Fusion Enterprise Zones**

Hesai Group is a military-civil fusion contributor to the Chinese defense industrial base [Pub. L. No. 116-283, § 1260H(d)(1)(B)(i)(II)] because it resides in or is affiliated with military-civil fusion enterprise zones [Pub. L. No. 116-283, § 1260H(d)(2)(E)].

- Hesai Group resides in or is affiliated with the Chongqing Economic and Technology Development Zone (Chongqing Economic Development Zone) and the Jiading Industrial Zone.

- o In March 2023, Hesai Group and the Chongqing Economic Development Zone executed an agreement in which Hesai agreed to build facilities in the zone.[48]

  - ▪ Pursuant to the agreement, Hesai Group agreed to build its Technology Software Global Development Headquarters, establish an innovation incubation center, and create a LiDAR industrial park in Chongqing's Economic Development Zone.[49]

**Predecisional and Deliberative — Privileged from Disclosure**

**AS OF: 17 SEP 2024**

Hesai ND AR 00015



CUI
DRAFT
**Predecisional and Deliberative — Privileged from Disclosure**

- In 2022, the Nan'an District Science and Technology Bureau issued a plan to promote the scientific and technological innovation work in the Chongqing Economic Development Zone. A key task in the plan is to promote scientific and technological military-civil fusion and innovation.[50]

- In 2023, Hesai Group completed construction on the Maxwell Intelligent Manufacturing Center in the Jiading Industrial Park with operations expected to start by the end of that year.[51]

  o On 11 August 2023, Hesai Group announced that the construction of the Hesai Group's Maxwell Intelligent Manufacturing Center project in Jiading Industrial Zone had reached its final stages.[52]

    - By April 2024, Hesai Group completed the Maxwell Intelligence Manufacturing Center. The Maxwell Intelligence Manufacturing Center includes the world's leading LiDAR R&D and intelligent manufacturing technology, which consists of more than 100 LiDAR function and performance tests and more than 50 vehicle-level tests. The Maxwell Intelligence Manufacturing Center includes an indoor long-range measurement range of up to 200 meters, which creates a smooth transition from design to production.[53]

  o In 2019, the Jiading Industrial Zone established the Jiading Industrial Zone Military-Civil Fusion Industrial Alliance with 24 key industry projects. This Industrial Alliance was described as a "specific measure to connect with the country's military-civil fusion national strategy."[54]

## Hesai Group's Products are Advertised on Military Equipment Procurement Platforms

Hesai Group is a military-civil fusion contributor to the Chinese defense industrial base [Pub. L. No. 116-283, § 1260H(d)(1)(B)(i)(II)] because Hesai advertises its products on Beijing Huawei Testing Technology Co., Ltd.'s (Beijing Huawei Testing) website [Pub. L. No. 116-283, § 1260H(d)(2)(G)].

- Hesai Group's LiDAR products, including the OT128, AT128, Pandora, and a range of Pandar products, are advertised on Beijing Huawei Testing's website.[55]

**11**
**Predecisional and Deliberative — Privileged from Disclosure**
**AS OF: 17 SEP 2024**



CUI
~~DRAFT~~
~~Predecisional and Deliberative — Privileged from Disclosure~~

- o Beijing Huawei Testing promotes, sells, and provides technical service to hi-tech products which are mainly used in aviation, aerospace, weapons, electronics, ships, transportation, and university systems.[56]

- o After Hesai Group's products were advertised on the platform, Beijing Huawei Testing sold three Hesai Group LiDARs to the Beihang University Artificial Intelligence Research Institute in August 2023.[57] Beihang University is one of the Seven Sons of National Defense, which is a group of leading universities with roots in the military and defense industry.[58] The Seven Sons of National Defense universities are closely affiliated with MIIT, which oversees China's defense industry.[59]

### Hesai Group Manufactures and Exports Automotive LiDAR Sensor Products

Hesai Group provides commercial services, manufacturing, producing, or exporting [Pub. L. No. 116-283, § 1260H(d)(1)(B)(ii)].

- Hesai Group specializes in manufacturing LiDAR sensor products for automobiles.[60]
- Hesai Group supplies LiDAR sensors for use in commercial vehicles to the following companies:[61]
  - o Cruise LLC, a subsidiary of General Motors, headquartered in San Francisco, California[62]
  - o Aurora Innovation, Inc. (Nasdaq: AUR), headquartered in Pittsburgh, Pennsylvania[63]
  - o Motional, Inc., a joint venture between Aptiv and Hyundai, headquartered in Boston, Massachusetts, with offices in Pittsburgh, Pennsylvania, and Las Vegas, Nevada.[64]

### Chinese Military Company Determination

Hesai Group is a military-civil fusion contributor to the Chinese defense industrial base because it receives assistance from the Government of China through science and technology efforts initiated under the Chinese military industrial planning apparatus; it is affiliated with the MIIT; it resides in or is affiliated with military-civil fusion enterprise zones; and its products are advertised on a non-governmental military equipment procurement platform. Hesai Group provides commercial

~~Predecisional and Deliberative — Privileged from Disclosure~~

**AS OF: 17 SEP 2024**

Hesai ND AR 00017



CUI
DRAFT
**Predecisional and Deliberative — Privileged from Disclosure**

services, manufacturing, producing, or exporting by manufacturing and exporting autonomous robotics and automotive 3D LiDAR devices for use in vehicle fleets. The foregoing information provides a reasonable basis for the Secretary of Defense (or the Deputy Secretary, as his designee) to determine that Hesai Group is a Chinese military company pursuant to Pub. L. No. 116-283, § 1260H.[65]

**Hesai Group is a Chinese Military Company Operating Directly in the United States**

Hesai Group operates indirectly in the United States through a U.S.-based subsidiary and operates directly in the United States through a U.S.-based office, a listing on a U.S. stock exchange, and partnerships with U.S.-based companies [Pub. L. No. 116-283, § 1260H(a)].

- In October 2017, Hesai Group established HESAI INC., a California-based subsidiary that currently serves as its U.S. sales platform.[66]
- Hesai Group has a U.S.-based office in Palo Alto, CA.[67]
- Since February 2023, Hesai Group has been listed on the United States NASDAQ stock exchange under the ticker HSAI.[68]
- Hesai Group has multiple partnerships with U.S.-based companies.
  - Since 2019, Hesai Group has partnered with semiconductor firm NVIDIA, which has an office in Santa Clara, California.[69] In August 2023, the two companies announced a collaboration to integrate Hesai Group's LiDAR sensors into NVIDIA's DRIVE and Omniverse autonomous driving systems.[70]
  - In May 2023, Hesai Group and CRATUS Technology, a Silicon Valley-based Internet of Things (IoT) system solutions company,[71] announced a strategic partnership to develop autonomous warehouse solutions using Hesai Group's 3D LiDAR technology.[72]
  - In September 2021, Hesai Group and LiDAR USA (also known as Fagerman Technologies), an Alabama-based photogrammetry and LiDAR mapping systems and services company,[73] announced a distribution agreement under which LiDAR USA would distribute Hesai Group's sensors across the United States, Canada, and Mexico.

**Predecisional and Deliberative — Privileged from Disclosure**
**AS OF: 17 SEP 2024**

Hesai ND AR 00018


CUI
DRAFT
Predecisional and Deliberative — Privileged from Disclosure

o  Hesai Group sells automotive LiDAR sensor products[74] to U.S.-based companies Cruise LLC (San Francisco, California),[75] Aurora Innovation, Inc. (Pittsburgh, Pennsylvania),[76] and Motional, Inc. (headquartered in Boston, Massachusetts with offices in Pittsburgh, Pennsylvania, and Las Vegas, Nevada).[77]

## Source Citations

[1] Pub. L. No. 116-283, § 1260H(a).

[2] Pub. L. No. 116-283, Section 1260H(d)(1)(B)(i) & (ii).

[3] The New York Times, "*As China's Internet Disappears, 'We Lose Parts of Our Collective Memory,'*" https://www.nytimes.com/2024/06/04/business/china-internet-censorship.html, published 04 June 2024, accessed 06 September 2024; The New York Times, "*China's Censors Dragnet Target Critics of the Economy,*" https://www.nytimes.com/2024/01/31/business/china-censorship-economy-markets.html, published 31 January 2024, accessed 13 September 2024; Wall Street Journal, "*Negative Takes on China's Economy are Disappearing from the Internet,*" https://www.wsj.com/world/china/china-economy-censorship-internet-4d0372b8, published 31 January 2024, accessed 13 September 2024.

[4] Pitchbook, *Hesai Technology (NAS: HSAI),* https://my.pitchbook.com/profile/125781-31/company/profile#overview, accessed 19 June 2024.

[5] SEC, *Hesai Group Form 20-F 2023 Annual Report*, p. 57, https://investor.hesaitech.com/static-files/223d39f0-0a21-4d9a-9830-a7b2ef9332bc, published 25 April 2024, accessed 18 June 2024.

[6] Pitchbook, *Hesai Technology (NAS: HSAI),* https://my.pitchbook.com/profile/125781-31/company/profile#overview, accessed 19 June 2024.

[7] Hesai Website, *About Us,* https://www.hesaitech.com/about/, accessed 19 June 2024.

[8] SEC, *Hesai Group Form 20-F 2023 Annual Report*, p. 57,  https://investor.hesaitech.com/static-files/223d39f0-0a21-4d9a-9830-a7b2ef9332bc, published 25 April 2024, accessed 18 June 2024.

[9] Ibid.

[10] Letter from James Tysse, Akin Gump Strauss Hauer & Field LLP, to Dr. Laura Taylor-Kale, Assistant Secretary of Defense for Industrial Base Policy, dated March 8, 2024; Pls' Mot. For Summ. J., Hesai Technology Co., Ltd., et al. v. U.S. Dep't of Defense, et al., Civil Action No. 1:24-cv-01381 (D.D.C.), ECF No. 17.

[11] See Tab B for the full text of Pub. L. No. 116-283, § 1260H.

[12] See Tab B for the full text of Pub. L. No. 116-283, § 1260H.

[13] Pitchbook, *Hesai Technology (NAS: HSAI),* https://my.pitchbook.com/profile/125781-31/company/profile#overview, accessed 19 June 2024.

Predecisional and Deliberative — Privileged from Disclosure
AS OF: 17 SEP 2024

Hesai ND AR 00019



CUI
DRAFT
**Predecisional and Deliberative — Privileged from Disclosure**

---

[14] AZO Optics website, *Understanding LiDAR: The Evolution, Applications and Essential Optics for High-Performance Systems,* https://www.azooptics.com/Article.aspx?ArticleID=2606, published 18 June 2024; accessed 09 September 2024.

[15] Ibid

[16] Ibid

[17] Ibid

[18] Hesai Technology Co., Ltd., *Prospectus for Initial Public Offering of Stock and Listing on the Science and Technology Innovation Board,* p. 336, (开发行股票并在科创板上市招股说明书)*,* https://pdf.dfcfw.com/pdf/H2_AN202101071448531255_1.pdf; Published 31 December 2020; Accessed 16 September 2024. (Machine translated with Google Translate)

[19] Hesai Technology Co., Ltd., *Prospectus for Initial Public Offering of Stock and Listing on the Science and Technology Innovation Board,* p. 225, (开发行股票并在科创板上市招股说明书)*,* https://pdf.dfcfw.com/pdf/H2_AN202101071448531255_1.pdf; Published 31 December 2020; Accessed 16 September 2024. (Machine translated with Google Translate)

[20] National Development and Reform Commission; 智能汽车创新发展战略, *[Intelligent Vehicle Innovation and Development Strategy],* p. 5; https://www.ndrc.gov.cn/xxgk/zcfb/tz/202002/P020200224573058971435.pdf; published February 2020; accessed 16 September 2024 (Machine translated with Google Translate)

[21] National Development and Reform Commission; *Report on the Implementation of the 2023 Plan for National Economic and Social Development and on the 2024 Draft Plan for National Economic and Social Development*; https://npcobserver.com/wp-content/uploads/2024/03/2024-NDRC-Report_EN.pdf; published 05 March 2024; accessed 06 September 2024.

[22] Ibid

[23] Hesai Technology Co., Ltd., *Prospectus for Initial Public Offering of Stock and Listing on the Science and Technology Innovation Board,* p. 336, (开发行股票并在科创板上市招股说明书)*,* https://pdf.dfcfw.com/pdf/H2_AN202101071448531255_1.pdf; Published 31 December 2020; Accessed 16 September 2024. (Machine translated with Google Translate)

[24] People's Daily; *"十三五"科技军民融合发展专项规划发布, ["The Thirteenth Five Year Plan" Special Plan for the Development of Military-Civil Fusion in Science and Technology*]; https://www.gov.cn/xinwen/2017-08/25/content_5220249.htm; published 25 August 2017; accessed 16 September 2024. (Machine translated with Google Translate)

[25] Ministry of Science and Technology of the People's Republic of China, *Missions of the Ministry of Science and Technology;* https://en.most.gov.cn/organization/; accessed 09 September 2024 (Machine translated with Google Translate)

[26] Ibid

[27] SEC Website; *Form F-1: Hesai Group,* p. 7; https://us-east-1-029060369-inspect.menlosecurity.com/safeview-fileserv/tc_download/fa7b4a2793dd3e9bcff1f8ff72b91e3d7b678e0bb469ca42e84217305f37b7e5/?&cid=N2919DCC034E0_&rid=423c63bfc4649752ba75ba30839a68e8&file_url=https%3A%2F%2Finvestor.hesaitech.com%2Fstati

**Predecisional and Deliberative — Privileged from Disclosure**

**AS OF: 17 SEP 2024**

Hesai ND AR 00020



CUI
DRAFT
**Predecisional and Deliberative — Privileged from Disclosure**

---

c-files%2Fa52326dc-263e-4565-b9d9-3c765859f49f&type=original; published 17 January 2023; accessed 09 July 2024

[28] CBDIO Website, *Full list of the fourth batch of national specialized, sophisticated and innovative "little giants"*, https://www-cbdio-com.translate.goog/BigData/2022-08/22/content_6170295.htm?_x_tr_sch=http&_x_tr_sl=auto&_x_tr_tl=en&_x_tr_hl=en-US&_x_tr_pto=wapp, published 22 August 2022, accessed 19 June 2024. See second table (上海, English translation: Shanghai), number 103. 上海禾赛科技有限公司 translates to Shanghai Hesai Technology Co., Ltd. See also Attachment 1, number 103, Shanghai Municipal Commission of Economy and Information Technology, *Announcement of the list of the fourth batch of Shanghai's specialized, sophisticated and innovative "little giants" enterprises*, https://app.sheitc.sh.gov.cn/gg/693156.htm, published 08 August 2022, accessed 19 June 2024.

[29] Bloomberg, *China's 'Little Giants' Are Its Latest Weapon in the U.S. Tech War*, https://www.bloomberg.com/news/articles/2022-01-23/china-us-xi-jinping-backs-new-generation-of-startups-in-tech-war, published 23 January 2022, accessed 19 June 2024.

[30] Yahoo, *Which Tech Firms Qualify as "Little Giants"? Beijing Releases Criteria for the Ideal Industrial Enterprise;* https://finance.yahoo.com/news/tech-firms-qualify-little-giants-093000661.html?guccounter=1&guce_referrer=aHR0cHM6Ly9zdGF0aWNzLmRvZC50ZWFtcy5taWNyb3NvZnQudXMv&guce_referrer_sig=AQAAAEIzaanqt9KqnDxfKUzOlrtKzUQBEZWkjoRSgCEWlDctpYAEW1mWqgphiqHscJMqRhzbi2Nm97Bpq0gYQLc__4bYPfr_hjZQKA8QWas7tL4QPUSv-BHxDN0wJQo7W-8LIRWh06FmSsnZcFWSIPtz7XWn90gli8uaOz8FAlGPH1Fx; published 28 June 2022; accessed 09 September 2024.

[31] Ibid.

[32] Hesai Technology Co., Ltd., *Prospectus for Initial Public Offering of Stock and Listing on the Science and Technology Innovation Board*, p. 224, (开发行股票并在科创板上市招股说明书), https://pdf.dfcfw.com/pdf/H2_AN202101071448531255_1.pdf; Published 31 December 2020; Accessed 19 June 2024. (Machine Translated with Google Translate)

[33] Ibid., p. 336.

[34] Hesai Website, *World Intellectual Property Day | Hesai's ten years of independent innovation and global patent layout*, https://www.hesaitech.com/cn/newsdetails/128, published 26 April 2024, accessed 18 June 2024.

[35] Ibid.

[36] Sohu Website, *NavInfo wins first prize of 2023 China Society of Automotive Engineers Science and Technology Award*, https://www.sohu.com/a/731529176_120773109, published 26 October 2023, accessed 18 June 2024. (Machine translated with Google Translate)

[37] SAE-China Website, *Constitution of the Society of Automotive Engineers of China*, http://www.sae-china.org/base/constitution.html, accessed 18 June 2024.

[38] CSET, *China Association of Science and Technology 2022 Budget* 中国科学技术协会 2022 年部门预算, https://cset.georgetown.edu/wp-content/uploads/t0450_CAST_budget_2022_EN.pdf, published 24 March 2022, accessed 18 June 2024.

**Predecisional and Deliberative — Privileged from Disclosure**
**AS OF: 17 SEP 2024**

Hesai ND AR 00021


CUI
DRAFT
Predecisional and Deliberative — Privileged from Disclosure

---

[39] Australian Strategic Policy Institute, *China Defence Universities Tracker: Tsinghua University,* https://unitracker.aspi.org.au/universities/tsinghua-university/, accessed 18 June 2024.

[40] Sohu website, *Datang Mobile and Hesai Technology jointly carry out vehicle-road collaboration related tests,* https://www.sohu.com/a/447585149_256868, Published 30 January 2021, accessed 04 September 2024 (Machine translated with Google Translate)

[41] National Innovation Center for Advanced Radio Frequency Devices website; *Development Status of Intelligent Connected Vehicle (Internet of Vehicles) Demonstration Zones - East China (Part 1),* https://hatchip.com/?list_31/570.html, Published 13 April 2020, accessed 04 September 2024 (Machine translated with Google Translate)

[42] China Association of Automobile Manufacturers, *The Electronic Information Department went to Shanghai to investigate the development of the intelligent connected vehicle industry,* http://www.caam.org.cn/chn/9/cate_93/con_5209803.html, accessed 04 September 2024 (Machine translated with Google Translate)

[43] China Association of Automobile Manufacturers, *Shanghai's large-scale demonstration application of intelligent connected vehicles was launched in Jiading*, http://www.caam.org.cn/chn/38/cate_436/con_5230880.html, published 28 June 2020, accessed 04 September 2024 (Machine Translated with Google Translate)

[44] National Public Service Platform for Standards Information Website; *TC114 National Automotive Standardization Technical Committee (TC114 车标准化技术委员会);* https://std.samr.gov.cn/search/orgDetailView?tcCode=TC114; Accessed 19 September 2024 (Machine Translated with Google Translate); Hesai Website, *China takes the lead in establishing ISO automotive LiDAR working group, with Hesai expert as group leaders*; published 23 June 2022, accessed 19 September 2024.

[45] National Technical Committee of Auto Standardization Website; T*he 6th International Exchange Conference on Intelligent Connected Vehicle Technology, Standards and Regulations (ICV 2020) Series of Events and Exchange Meetings (联汽车技术及标准法规国际交流会（ICV 2020 动交流会）;* http://www.catarc.org.cn/wl_yantaohui_icvhuigu_show/2234.html; 25 May 2021; Accessed 19 September 2024 (Machine Translated with Google Translate)

[46] National Public Service Platform for Standards Information Website; Automotive LiDAR performance requirements and test methods *(车载激光雷达性能要求及试验方法);* https://std.samr.gov.cn/gb/search/gbDetailed?id=F77AFB62AF52406CE05397BE0A0A57C1; Accessed 19 September 2024 (Machine Translated with Google Translate)

[47] Hesai Technology Co., Ltd., *Prospectus for Initial Public Offering of Stock and Listing on the Science and Technology Innovation Board,* p. 243, (开发行股票并在科创板上市招股说明书), https://pdf.dfcfw.com/pdf/H2_AN202101071448531255_1.pdf; Published 31 December 2020; Accessed 19 June 2024. (Machine Translated with Google Translate)

[48] Chongqing Daily, *Hesai Technology Software Global R&D Headquarters Settles in Chongqing Hu Henghua Meets with Hesai Technology Co-founder Li Yifan and Witnesses the Signing of the Contract*, https://cq.gov.cn/ywdt/jrcq/202303/t20230327_11811690.html, published 27 March 2023, accessed 04 September 2024

**Predecisional and Deliberative — Privileged from Disclosure**
**AS OF: 17 SEP 2024**

Hesai ND AR 00022



CUI
DRAFT
Predecisional and Deliberative — Privileged from Disclosure

---

[49] CNEVPOST, *LiDAR-maker Hesai to set up software R&D headquarters in Chongqing;* https://cnevpost.com/2023/03/27/hesai-to-set-up-software-rd-headquarters-in-chongqing/; published 27 March 2023, accessed 09 September 2024

[50] Nan'an District Science and Technology Bureau, *Interpretation of the "14th Five-Year Plan" for the development of scientific and technological innovation in Chongqing Economic and Technological Development Zone, Nan'an District, Chongqing,* https://jkq.cq.gov.cn/zwgk/zcjd/202203/t20220324_10545618_wap.html, published 17 March 2022, accessed 04 September 2024

[51] Sohu website, *With an investment of over 1 billion yuan, the Hesai Maxwell Intelligent Manufacturing Center project has been basically completed,* https://www.sohu.com/a/710611442_121123912, published 10 August 2023, accessed 04 September 2024

[52] Gasgoo website; *Hesai's Maxwell Intelligence Manufacturing Center nears completion in Jiading District;* https://autonews.gasgoo.com/m/70027019.html; published 11 August 2023, accessed 9 September 2024.

[53] Smartautoclub website; *Hesai Technology will Bring a Variety of Latest High-performance LiDAR Models to the 2024 Beijing Auto Show;* https://www.smartautoclub.com/en/p/74379/; published 22 April 2024; accessed 09 September 2024.

[54] Wenhui website, *Jiading Industrial Zone Military-Civilian Integration Industry Alliance was established and 24 key industrial projects were signed,* https://wenhui.whb.cn/third/baidu/201904/13/255864.html, published 13 April 2019, accessed 04 September 2024

[55] CNSENS website, *Radar Vision > Hesai,* http://www.cnsens.com/hesai, accessed 04 September 2024

[56] CNSENS website, *About Us,* http://www.cnsens.com/gywm, accessed 04 September 2024

[57] Beihang University, *Announcement of the bidding results of Hesai 32-line LiDAR of AI Research Institute,* https://zbcg.buaa.edu.cn/info/1048/46282.htm, published 15 August 2023, accessed 04 September 2024

[58] Australian Strategic Policy Institute, *The China Defence Universities Tracker Report,* https://www.aspi.org.au/report/china-defence-universities-tracker, accessed 19 September 2024.

[59] Ibid.

[60] Pitchbook, *Hesai Technology (NAS: HSAI),* https://my.pitchbook.com/profile/125781-31/company/profile#overview, accessed 19 June 2024.

[61] Hesai Website, *Hesai Ranks No. 1 in Global Automotive Lidar for the 2nd Year in a Row,* https://www.hesaitech.com/hesai-ranks-no-1-in-global-automotive-lidar-for-the-2nd-year-in-a-row/, published 25 July 2023, accessed 19 June 2024

[62] S&P Capital IQ, *Cruise LLC Private Company Profile,* https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=275174904&fromSearchProfiles=True, accessed 19 June 2024

[63] S&P Capital IQ, *Aurora Innovation, Inc. (NasdaqGS:AUR) Public Company Profile,* https://www.capitaliq.com/CIQDotNet/company.aspx?fromSearchProfiles=True&companyId=424226705, accessed 19 June 2024.

[64] Motional Website, *About Us,* https://motional.com/who-we-are, accessed 19 June 2024.

**Predecisional and Deliberative — Privileged from Disclosure**
**AS OF: 17 SEP 2024**

Hesai ND AR 00023

CUI

DRAFT
**Predecisional and Deliberative — Privileged from Disclosure**

---

[65] See Tab B for the full text of Pub. L. No. 116-283, § 1260H.

[66] SEC, *Hesai Group Form 20-F 2023 Annual Report*, p. 57, https://investor.hesaitech.com/static-files/223d39f0-0a21-4d9a-9830-a7b2ef9332bc, published 25 April 2024, accessed 18 June 2024.

[67] Hesai Website, *About Us,* https://www.hesaitech.com/about/, accessed 19 June 2024.

[68] Pitchbook, *Hesai Technology (NAS: HSAI),* https://my.pitchbook.com/profile/125781-31/company/profile#overview, accessed 19 June 2024.

[69] Nvidia Website, Contact the Board, https://investor.nvidia.com/governance/contact-the-board/default.aspx, accessed 14 September 2024.

[70] Hesai Website, *Hesai Technology Advances Autonomous Vehicle Lidar Integration with NVIDIA DRIVE and Omniverse,* https://www.hesaitech.com/hesai-technology-advances-autonomous-vehicle-lidar-integration-with-nvidia-drive-and-omniverse/, published 1 August 2023, accessed 18 June 2024.

[71] CRATUS Website, *About Us,* https://www.cratustech.com/about-us/, accessed 19 June 2024.

[72] PR Newswire, Hesai Technology and CRATUS Technology Announce Strategic Partnership to Develop Autonomous Warehouse Solutions Using Safety Rated 3D Lidar, https://www.prnewswire.com/news-releases/hesai-technology-and-cratus-technology-announce-strategic-partnership-to-develop-autonomous-warehouse-solutions-using-safety-rated-3d-lidar-301830372.html, published 22 May 2023, accessed 19 June 2024.

[73] LiDAR USA Website, *Contact Us,* https://www.lidarusa.com/contact.html, accessed 19 June 2024.

[74] Hesai Website, *Hesai Ranks No. 1 in Global Automotive Lidar for the 2nd Year in a Row,* https://www.hesaitech.com/hesai-ranks-no-1-in-global-automotive-lidar-for-the-2nd-year-in-a-row/, published 25 July 2023, accessed 19 June 2024.

[75] S&P Capital IQ, *Cruise LLC Private Company Profile,* https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=275174904&fromSearchProfiles=True, accessed 19 June 2024.

[76] S&P Capital IQ, *Aurora Innovation, Inc. (NasdaqGS:AUR) Public Company Profile,* https://www.capitaliq.com/CIQDotNet/company.aspx?fromSearchProfiles=True&companyId=424226705, accessed 19 June 2024.

[77] Motional Website, *About Us,* https://motional.com/who-we-are, accessed 19 June 2024.

**19**
**Predecisional and Deliberative — Privileged from Disclosure**

**AS OF: 17 SEP 2024**

Hesai ND AR 00024