# The Rosen Law Firm

## INVESTOR COUNSEL

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2026

Joshua Baker
jbaker@rosenlegal.com

January 2, 2026

**VIA ECF**
The Honorable Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 24A
New York, NY 10007

*OK*
*Colleen McMahon*
*1/5/2026*

Re:   *Pacella v. Hesai Group, et al.*, Case No. 1:24-cv-876-CM

Dear Judge McMahon:

We represent Lead Plaintiff King Ho Wong ("Plaintiff") in the above-referenced action. We write, jointly with counsel for all served Defendants[1] ("Defendants," and together with Plaintiff, the "Parties"), to respectfully request modest extensions to the briefing schedule for Defendants' motion to dismiss.

Plaintiff filed his amended complaint on November 13, 2025. Dkt. No. 33. On November 24, 2025, the Court granted Defendants' request to extend their time to respond to the amended complaint to 45 days. Dkt. No. 36. No further briefing schedule was requested by the Parties or set by the Court. Defendants timely filed their motion to dismiss the amended complaint on December 29, 2025. Dkt. No. 39. Pursuant to Local Civil Rule 6.1(b), Plaintiff's opposition and Defendants' reply are currently due on January 12, 2026 and January 20, 2026, respectively.

In light of the complexity of the issues raised in Defendants' motion and the New Year's Day and Martin Luther King Jr. Day holidays, the Parties hereby jointly request that:

1.   The deadline for Plaintiff's opposition to Defendants' motion to dismiss is extended from January 12, 2026 to January 16, 2026.

2.   The deadline for Defendants' reply is extended from January 20, 2026 to January 27, 2026.

---

[1] Certain individual defendants located in China have not yet been served or appeared. Plaintiff is attempting to serve those defendants with the amended complaint. *See* Dkt. No. 38.

No prior requests have been made to modify these deadlines, and no other deadlines will be affected by these extensions.

Respectfully submitted,

*/s/Joshua Baker*
Joshua Baker

cc:    All counsel of record (via ECF)

THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 40TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827