# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-2844
DIRECT FAX
917-777-2844
EMAIL ADDRESS
MICHAEL.GRIFFIN@SKADDEN.COM

MEMO ENDORSED

March 2, 2026          3/4/26

OK

*Allen Mc Mal*

**VIA ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

RE:     *Pacella v. Hesai Group, et al.*, 1:24-cv-876 (CM)

Dear Judge McMahon:

We respectfully write pursuant to Rule I(D) of the Court's Individual Practices and Procedures to request an extension to May 4, 2026, of all served Defendants' time to file their Answers. Plaintiff consents to this request, which is the first request for such relief and does not affect any other deadlines. Plaintiff filed the operative Amended Complaint on November 13, 2025. (ECF No. 33.) Defendants moved to dismiss on December 29, 2025. (ECF No. 39.) On February 18, 2026, the Court issued an opinion and order on the motion, granting it in part and denying it in part. (ECF No. 50). Accordingly, the served Defendants' current deadline to file their respective Answers is March 4, 2026. In light of the length of Plaintiff's Amended Complaint, the number of served Defendants, and the recent Lunar New Year and Ramadan holidays, the served Defendants hereby request an extension to May 4, 2026.

Respectfully submitted,

*/s/* Michael C. Griffin

Michael C. Griffin

cc: All counsel of record (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-4-26